Opinion issued October 25, 2018



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-18-00818-CV

———————————

## IN RE JAMIE LEE HOOD-CROSSLAND, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Jamie Lee Hood-Crossland seeks mandamus relief from an enforcement order signed by the trial court on April 12, 2018.

We deny the petition.[1]

## PER CURIAM

---

[1] The underlying case is *Michael Ray Crossland v. Jamie Lee Hood-Crossland*, cause number 2016-68169, pending in the 309th District Court of Harris County, Texas, the Honorable Sheri Y. Dean presiding.

Panel consists of Chief Justice Radack and Justices Brown and Caughey.